[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:18-cv-02179 Document #: 1 Filed: 03/26/18 Page 1 of 7 PageID #:1

sxb

US code 18 Section 3331 4th loss of wages ∧ seizure ∧ seek of property ∧ custody.
Discrimination & Amendment 6th & US code 18 & title 5th Color of Law
Deprived of Constitutional law & civil rights ∘ 2010-2018 ∘
Conspiracy Against Citizen Right

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
MAR 26 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Andre O'neal / Dream Home )
Builder & Family & Business & Investors )
)
**Plaintiff(s),** )
)
CIA, google & Yahoo vs. EBay & Facebook )
Chicago FBI, US Attorney & State Attorney )   1:18-cv-02179
Illinois Attorney General, Homeland Security )   Judge Sara L. Ellis
Chicago Secret service, State Trooper & Other )   Magistrate Judge Mary M. Rowland
Resources & Sources Networkes & Informants )
State & Government Workers • Government call )
& other Tracking company? Operator. CIA Tip line
& South Bend Indiana, Prosecutor Offices, **Defendant(s).**
FBI, Secret Services, Homicide offices
Police Dept.

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is ___Andre O'neal___.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*EBAY*
*State & government worker whistle blower cases & google & Yahoo*
*License & supervisor IN charger: Facebook Companys*

4. Defendant, _Refuse to show Badge Number & Badge For complaint_ is
   (name, badge number if known)

   *& Agent*
   ☒ an officer or official employed by _FBI, Secret Service, Homeland Security; US marshal US Department of Justice_
   *(victim Asst)* (department or agency of government) *& others;*
   *Chicago P.O. US Attorney & State Attorney & Illinois Attorney General & State Troopers, or*
   *page # 2 names of Defendant Attachment & Sources & networkers & Informants //*
   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

   acted is _State Illinois_. As to plaintiff's federal

   constitutional claims, the municipality, township or county is a defendant only if

   custom or policy allegations are made at paragraph 7 below.

   *& ⊙ 11/26/2010 ⊙ 9/19/12*
6. On or about _12/19/2010_, at approximately _10:45_ ☒ a.m. ☐ p.m.
              (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _Open_

   _____, in the County of _Open_,

   State of Illinois, at _Chicago Illinois & Mt Veron & Champaign_
                        (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other: _US 18 & title 5 & Amendment 6#_
   _42, 28, color of Law & Other_

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: **(Leave blank if no custom or policy is alleged)**: Open & Agent _____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

9. *(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")* The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows State of Indiana 8/13 Illegally Entrapment Go to Bring Evidents to St Joe prosecutor office & Homicide for open cases: more proof Evident I was told would Be Look After

☒ Other: _____ Prosecutor. 11/12 2nd.

Never Happen
Lied to me Numbers
of
Times
2010-2018

----

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Violations: US Code 18 Section 3771
US code 42, 28, 18 Color of Law
Violations: US Code 18 & title 5 &
Violations: Amendment 6 & Conspiracy against citizen rights Deprave of constitution laws & civil rights &
& Treason ; Broken Sworn Oath to Serve & Protect United States Constitution laws & court rights of citizens & cases, witnesses, Evidences of states & government, & up hold the laws of this country.
Impeachment & others Look @ pages 2th Attachment Bribery & Blackmail Capitol premeditated Attempted Murders & Murder & white collar Crimes for political Gains

11. Defendant acted knowingly, intentionally, willfully and maliciously.  Yes!

12. As a result of defendant's conduct, plaintiff was injured as follows:

yes & Illegally chiped Micro chiped
Human trafficking Kidnapping & RF-ID Tag & Bug & Victim of Biological concealed Chemical weapons system & RadB Activity GPS micro chip tag 2010-2018.
(Brain, body, Eyes, Spinal cord, Nervous system)

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

Judge only to up Hold Constitution Laws & Civil Right

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and "Indictments"

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Andre O'neal

Plaintiff's name *(print clearly or type)*: Andre O'neal

Plaintiff's mailing address: Open victim of Domestic terrorism Hate Crimes

City Chicago   State Illinois   ZIP 60624

Plaintiff's telephone number: (574) 904 8347

Plaintiff's email address *(if you prefer to be contacted by email)*: Andre Oneal 12 @ Andre Oneal 7 @ gmail.com

atrueprophet@yahoo.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

If yes, please list the cases below.

E Filings 3/12/17 - 2018   Covl & Criminal Indictment

Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.

5



# United States District Court
### NORTHERN DISTRICT OF ILLINOIS

## Submitting a Proposed Order, Agreed or Otherwise, for Electronic Entry by the Judge

Proposed Orders are technically not to be "filed." Rather, they are to be "submitted" to the judge to consider, to modify, if appropriate, and to enter electronically. For example, proposed orders such as stipulated protective orders require court approval before actually being given full effect. To prevent confusion, such proposed orders must be attached to an e-mail sent to the e-mail address of the assigned judge, Proposed_Order_Gottschall@ilnd.uscourts.gov The subject line of the e-mail must include the case number and name, the docket number of the corresponding motion, if any, and the title of the order that is proposed. All such documents must be submitted to the court in Word and PDF format. Such proposed orders should also be served on all parties.

---

**Note:** The court does not control nor can it guarantee the accuracy, relevance, timeliness, or completeness of this information. Neither is it intended to endorse any view expressed nor reflect its importance by inclusion in this site.

#CMPID1\

(Summary Matter Henry) Upload US Court Database
3/13/18 @ 5:20pm - 6:30pm       IL. gov.

Part 1st 5:20pm - 5:39pm 21pg
uploaded & sent @
5:46pm

Part #2 5:47pm - 6:05pm   21 pg
uploaded & sent
@ 6:08pm

Part 3rd 6:07pm - 6:30pm 20 pg
uploaded & sent
6:30pm   Judge Joan Gottschall

3/12/17 - 3/13/18

Henry & Cases File Farms $50,000,000,000 & open